# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| SCHOENING INVESTMENT, LP <br> *Plaintiff* <br> v. <br> THE CINCINNATI CASUALTY COMPANY <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:24-cv-137 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court GRANTS IN PART Defendant The Cincinnati Casualty Company's Motion to Dismiss the Complaint or Alternatively to Strike Class Allegations (Doc. 4). The Court DISMISSES WITH PREJUDICE Plaintiff's Complaint (Doc. 1) because the Court's determination results as a matter of law, meaning no amendment to the Complaint could cure the deficiency. The Court DENIES IN PART AS MOOT Cincinnati Casualty's alternative Motion to Strike Class Allegations (Doc. 4).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole _____ on a Motion to Dismiss.

Date: 3/13/25

CLERK OF COURT

*Melissa Saddler*

Signature of Clerk or Deputy Clerk